KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: 775.322.1237
Facsimile: 775.996.7290
kad@darbylawpractice.com
tricia@darbylawpractice.com

Attorneys for Debtor/Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO.: BK-N-20-50471-BTB |
| | Chapter 11 Subchapter V |
| ALY EATERY, INC, | |
| | **DEBTOR'S FINANCIAL STATEMENTS PURSUANT TO 11 U.S.C. §1187(a)** |
| Debtors. | |
| _____/ | |

    Debtor and Debtor in Possession, ALY EATERY, INC., hereby submits the financial statements required by 11 U.S.C. §1116(1)(A), as made applicable to this Chapter 11 Subchapter V case by 11 U.S.C. §1187(a), which are attached hereto as Exhibit 1.

    DATED this 4th day of May, 2020.

                                             DARBY LAW PRACTICE, LTD.

                                             */s/ Kevin A. Darby*
                                             _____
                                             KEVIN A. DARBY, ESQ.
                                             Attorneys for Aly Eatery, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

**EXHIBIT 1**

10:12 AM
05/04/20
Accrual Basis

# Aly Eatery
## Profit & Loss
### April 2020

|  | Apr 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|    Beverages | 806.17 |
|    Chips/Cookies | 709.27 |
|    Sandwich | 18,030.43 |
|    Third Party Delivery | -1,220.68 |
| **Total Income** | 18,325.19 |
| **Cost of Goods Sold** | |
|    Food Cost | 5,917.57 |
|    Franchise Costs | |
|       FAF Advertising | 0.04 |
|       Royalties | 527.99 |
|    Total Franchise Costs | 528.03 |
|    Labor Cost | |
|       Crew | 5,101.90 |
|       Payroll Taxes | 451.97 |
|    Total Labor Cost | 5,553.87 |
|    Other | |
|       Credit card processing fee | 0.01 |
|    Total Other | 0.01 |
| **Total COGS** | 11,999.48 |
| **Gross Profit** | 6,325.71 |
| **Expense** | |
|    Bankruptcy lawyer | 4,217.00 |
|    Car loan | 306.96 |
|    Cash issues | |
|       Cash (over)/short | 0.88 |
|       Credit card difference | 0.01 |
|    Total Cash issues | 0.89 |
|    $CO_2$ | 127.68 |
|    Health Benefits | 555.38 |
|    Rent | |
|       Equipment Lease | 490.00 |
|       Rent - Other | 3,549.84 |
|    Total Rent | 4,039.84 |
|    Supplies | 25.00 |
|    Telephone | |
|       Cell Phone | 270.13 |
|    Total Telephone | 270.13 |
|    Towels | 81.13 |
|    Utilities | |
|       Electric | 1,047.88 |
|       Waste Removal | 338.00 |
|    Total Utilities | 1,385.88 |
|    Window cleaning | 20.00 |
| **Total Expense** | 11,029.89 |
| **Net Ordinary Income** | -4,704.18 |
| **Net Income** | -4,704.18 |

10:13 AM  
05/04/20  
Accrual Basis

# Aly Eatery
## Profit & Loss
### January through April 2020

|  | Jan - Apr 20 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   Beverages | 9,282.36 |
|   Catering Order | -1,347.09 |
|   Chips/Cookies | 7,650.17 |
|   Sandwich | 109,126.50 |
|   Third Party Delivery | -4,252.85 |
| **Total Income** | 120,459.09 |
| **Cost of Goods Sold** | |
|   Food Cost | |
|     Paid out | 166.49 |
|     Food Cost - Other | 37,312.86 |
|   Total Food Cost | 37,479.35 |
|   Franchise Costs | |
|     FAF Advertising | 4,882.95 |
|     Royalties | 8,408.36 |
|   Total Franchise Costs | 13,291.31 |
|   Labor Cost | |
|     Crew | 38,142.71 |
|     Owner | 2,572.05 |
|     Payroll Taxes | 3,908.33 |
|   Total Labor Cost | 44,623.09 |
|   Other | |
|     Credit card processing fee | 0.04 |
|   Total Other | 0.04 |
| **Total COGS** | 95,393.79 |
| **Gross Profit** | 25,065.30 |
| **Expense** | |
|   Advance | 500.00 |
|   Annual Fee | 83.08 |
|   Bankruptcy lawyer | 4,217.00 |
|   Car loan | 1,549.80 |
|   Cash issues | |
|     Cash (over)/short | 7.71 |
|     Credit card difference | 0.04 |
|   Total Cash issues | 7.75 |
|   CO2 | 255.36 |
|   Credit Card buisness | 926.00 |
|   Delivery | 25.00 |
|   Health Benefits | 1,931.88 |
|   Insurance | |
|     Liability | 601.00 |
|   Total Insurance | 601.00 |
|   Late Fee | 647.04 |
|   Loan Store | 2,437.52 |
|   Payroll Processing Fees | 198.80 |
|   Rent | |
|     Equipment Lease | 609.85 |
|     Rent - Other | 14,139.63 |
|   Total Rent | 14,749.48 |

10:13 AM
05/04/20
Accrual Basis

# Aly Eatery
## Profit & Loss
### January through April 2020

|  | Jan - Apr 20 |
|---|---:|
| **Repairs** | 504.29 |
| **Retirement** | 120.00 |
| **Sales tax** | 6,837.43 |
| **Supplies** | 533.00 |
| **Telephone** | |
|     Cell Phone | 1,065.73 |
|     Internet and Phone | 327.98 |
| **Total Telephone** | 1,393.71 |
| **Towels** | 428.91 |
| **Utilities** | |
|     Electric | 1,674.03 |
|     Waste Removal | 551.00 |
| **Total Utilities** | 2,225.03 |
| **Window cleaning** | 20.00 |
| **Total Expense** | 40,192.08 |
| **Net Ordinary Income** | -15,126.78 |
| **Net Income** | -15,126.78 |

4:16 PM
04/29/20
Accrual Basis

# Aly Eatery
# Balance Sheet
## As of April 29, 2020

|  | Apr 29, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Change Fund | 512.30 |
| Checking BofA | 38,000.46 |
| **Total Checking/Savings** | 38,512.76 |
| **Other Current Assets** | |
| Inventory Asset | 4,184.00 |
| Security Deposit | 1,621.12 |
| **Total Other Current Assets** | 5,805.12 |
| **Total Current Assets** | 44,317.88 |
| **Fixed Assets** | |
| Accumulated depreciation | -28,984.00 |
| Equipment | 54,622.79 |
| Patio Tables | 3,386.00 |
| Register | 2,525.00 |
| Remodel | 9,907.14 |
| **Total Fixed Assets** | 41,456.93 |
| **Other Assets** | |
| Accumulated amortization | -30,450.00 |
| Goodwill | 261,000.00 |
| **Total Other Assets** | 230,550.00 |
| **TOTAL ASSETS** | **316,324.81** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -2,370.51 |
| **Total Accounts Payable** | -2,370.51 |
| **Credit Cards** | |
| Amex CC 41005 | 5,917.62 |
| Capital One1552 | 9,966.04 |
| Chase card | -1,283.96 |
| Edge Platinum Card | 9,259.21 |
| Frist Bankcard 0699 | 12,163.84 |
| Gift Card Clearing | -5,361.33 |
| **Total Credit Cards** | 30,661.42 |
| **Other Current Liabilities** | |
| Alicia Leary | -28,925.00 |
| Direcet Capital Equipment Lease | -0.02 |
| N/P Sandwich unit #1 | 11,198.85 |
| N/P Sandwich unit #2 | 1,333.07 |
| Sales Tax Payable | 140,266.49 |
| **Total Other Current Liabilities** | 123,873.39 |
| **Total Current Liabilities** | 152,164.30 |
| **Long Term Liabilities** | |
| Western Finance | 103,673.06 |
| **Total Long Term Liabilities** | 103,673.06 |
| **Total Liabilities** | 255,837.36 |

Page 1

4:16 PM
04/29/20
Accrual Basis

# Aly Eatery
## Balance Sheet
### As of April 29, 2020

|  | Apr 29, 20 |
|---|---:|
| **Equity** | |
|     Additional Paid in Capital | 3,888.56 |
|     Capital Stock | 25.00 |
|     Owners Contribution | 4,916.90 |
|     Retained Earnings | 61,990.92 |
|     Shareholder Distributions | -28,261.44 |
|     Net Income | 17,927.51 |
| **Total Equity** | 60,487.45 |
| **TOTAL LIABILITIES & EQUITY** | 316,324.81 |

4:17 PM
04/29/20

# Aly Eatery
## Cash Flow Forecast
April 26 through May 23, 2020

|  | Accnts Receivable | Accnts Payable | Bank Accnts | Net Inflows | Proj Balance |
|---|---|---|---|---|---|
| Beginning Balance | 0.00 | -4,201.75 | 36,226.14 |  | 40,427.89 |
| Week of Apr 26, 20 | 0.00 | 1,599.37 | 2,286.65 | 687.28 | 41,115.17 |
| Week of May 3, 20 | 0.00 | 231.87 | 0.00 | -231.87 | 40,883.30 |
| Week of May 10, 20 | 0.00 | 0.00 | 0.00 | 0.00 | 40,883.30 |
| Week of May 17, 20 | 0.00 | 0.00 | 0.00 | 0.00 | 40,883.30 |
| Apr 26 - May 23, 20 | 0.00 | 1,831.24 | 2,286.65 | 455.41 |  |
| Ending Balance | 0.00 | -2,370.51 | 38,512.79 |  | 40,883.30 |