1  KEVIN A. DARBY, NVSB# 7670
   TRICIA M. DARBY, NVSB# 7959
2  DARBY LAW PRACTICE, LTD.
   4777 Caughlin Parkway
3  Reno, Nevada  89519
4  Telephone: 775.322.1237
   Facsimile:  775.996.7290
5  kad@darbylawpractice.com
   tricia@darbylawpractice.com
6
7  Attorneys for Debtor/Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

ALY EATERY, INC,

           Debtors.
_____/

CASE NO.:    BK-N-20-50471-BTB
Chapter 11 Subchapter V

**SUPPLEMENT TO DEBTOR'S FINANCIAL STATEMENTS PURSUANT TO 11 U.S.C. §1187(a)**

Debtor and Debtor in Possession, ALY EATERY, INC., hereby supplements the financial statements previously filed pursuant to 11 U.S.C. §1116(1)(A), as made applicable to this Chapter 11 Subchapter V case by 11 U.S.C. §1187(a), by attaching Debtor's most recent cash-flow statement.

DATED this 20th day of May, 2020.

           DARBY LAW PRACTICE, LTD.

           */s/ Kevin A. Darby*
           _____
           KEVIN A. DARBY, ESQ.
           Attorneys for Aly Eatery, Inc.

**EXHIBIT 1**

**EXHIBIT 1**

2:59 PM
05/18/20

# Aly Eatery
## Statement of Cash Flows
### January through December 2019

|  | Jan - Dec 19 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -49,461.73 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
|   Accounts Payable | -3,649.40 |
|   Amex CC 41005 | -4,022.73 |
|   Capital One1552 | -3,284.81 |
|   Chase card | 966.12 |
|   Edge Platinum Card | -2,843.13 |
|   Frist Bankcard 0699 | -3,028.03 |
|   Gift Card Clearing | -5,154.45 |
|   Alicia Leary | -4,400.00 |
|   Sales Tax Payable | 38,983.06 |
| **Net cash provided by Operating Activities** | -35,895.10 |
| **INVESTING ACTIVITIES** |  |
|   Equipment | -2,500.00 |
| **Net cash provided by Investing Activities** | -2,500.00 |
| **FINANCING ACTIVITIES** |  |
|   Western Finance | -35,238.84 |
|   Additional Paid in Capital | 3,500.00 |
|   Shareholder Distributions | 83,000.00 |
| **Net cash provided by Financing Activities** | 51,261.16 |
| **Net cash increase for period** | 12,866.06 |
| **Cash at beginning of period** | 13,081.46 |
| **Cash at end of period** | 25,947.52 |

3:01 PM
05/18/20

# Aly Eatery
## Statement of Cash Flows
### January 1 through May 15, 2020

|  | Jan 1 - May 15, 20 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -18,114.98 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Payable | -455.32 |
| Amex CC 41005 | -1,493.25 |
| Capital One1552 | -576.00 |
| Chase card | -1,900.00 |
| Edge Platinum Card | -1,428.00 |
| Frist Bankcard 0699 | -580.00 |
| Gift Card Clearing | -2,342.64 |
| Alicia Leary | -1,200.00 |
| Sales Tax Payable | 10,710.43 |
| **Net cash provided by Operating Activities** | -17,379.76 |
| **FINANCING ACTIVITIES** |  |
| Western Finance | -5,873.14 |
| Additional Paid in Capital | 8,000.00 |
| **Net cash provided by Financing Activities** | 2,126.86 |
| **Net cash increase for period** | -15,252.90 |
| **Cash at beginning of period** | 25,947.52 |
| **Cash at end of period** | 10,694.62 |