KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada 89519
Telephone: 775.322.1237
Facsimile: 775.996.7290
kad@darbylawpractice.com
tricia@darbylawpractice.com

Attorneys for Debtor/Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

ALY EATERY, INC,

              Debtors.
_____/

CASE NO.:    BK-N-20-50471-BTB
Chapter 11 Subchapter V

**DECLARATION OF KEVIN A. DARBY, ESQ. IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DEBTOR TO CONTINUE USING EXISTING BANK ACCOUNT**

Hearing Date: June 17, 2020
Hearing Time: 2:00 p.m.

KEVIN A. DARBY, ESQ. under penalty of perjury states as follows:

1. I am counsel for Debtor and Debtor in Possession, ALY EATERY, INC.

2. Debtor maintains one business bank account, which is at Bank of America, N.A. ("Debtor's Bank Account").

3. On May 8, 2020, I sent an email to Bank of America's bankruptcy debtor-in-possession account department, using contact information provided by the Office of the United States Trustee. The purpose of my email was to seek a debtor-in-possession designation for Debtor's Bank Account. A true copy of that email is attached hereto as Exhibit 1.

4. On May 8, 2020, I received a response email from Bank of America, a true copy of which is attached hereto as Exhibit 2.

DATED this 20th day of May, 2020.

                                                      */s/ Kevin A. Darby*
                                          _____
                                          KEVIN A. DARBY, ESQ.

**EXHIBIT 1**

**EXHIBIT 1**

## kad@darbylawpractice.com

| | |
|---|---|
| **From:** | kad@darbylawpractice.com |
| **Sent:** | Friday, May 8, 2020 10:30 AM |
| **To:** | 'dip_bankruptcy2@baml.com' |
| **Cc:** | 'Alicia Youngberg' |
| **Subject:** | Aly Eatery, Inc. |

Dear Bank of America:

I represent Aly Eatery, Inc. in a pending Chapter 11 bankruptcy case in the U.S. Bankruptcy Court for the District of Nevada (Case No. 20-50471-btb).  My Client has an existing business checking account with Bank of America with the last four digits of the account number being 0360.  Alicia Youngberg, the President of Aly Eatery, Inc. and the authorized signor on the checking account, is copied on this email.

My Client would like to add a "Debtor In Possession" account designation to the existing checking account.  Please let us know what needs to be done to accomplish this.

Respectfully,

KEVIN A. DARBY, ESQ.
**DARBY LAW PRACTICE, LTD.**
4777 Caughlin Parkway
Reno, NV 89519
Tel.: 775.322.1237
Fax: 775.996.7290

The information contained in this Email is information protected by the attorney-client and/or the attorney work product privilege.  It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this message having been sent via electronic mail.  If the person actually receiving this Email or any other reader of the Email is not the named recipient or the employee or agent of the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by telephone or Email and destroy all versions of this Email.  Thank you.

**EXHIBIT 2**

**EXHIBIT 2**

| Reply | Reply All | Save As... | Help |

**RE: Aly Eatery, Inc. [Sent To: dip_bankruptcy2@baml.com]**

From:   DIP_Bankruptcy
To:     kad@darbylawpractice.com
Cc:
Sent:   5/8/2020 10:53:24 AM

Hello Kevin,

Please be advised Bank of America is still listed on the approved Banking List with the EOUST for Debtor in Possession relationships.

However, only clients with an **existing Commercial Banking relationship with an assigned banker will be serviced**. We will not open or service any Debtor in Possession account for a consumer or small business relationship, whether an existing client of Bank of America's or not.

Please assist the client by recommending another EOUST approved institution.

We apologize for any inconvenience.

Thank you,
DIP_Bankruptcy

**From:** kad@darbylawpractice.com [mailto:kad@darbylawpractice.com]
**Sent:** Friday, May 08, 2020 1:30 PM
**To:** DIP_Bankruptcy <dip_bankruptcy2@bofa.com>
**Cc:** 'Alicia Youngberg' <aliciayoungberg32@charter.net>
**Subject:** Aly Eatery, Inc. [Sent To: dip_bankruptcy2@baml.com]

Dear Bank of America:

I represent Aly Eatery, Inc. in a pending Chapter 11 bankruptcy case in the U.S. Bankruptcy Court for the District of Nevada (Case No. 20-50471-btb). My Client has an existing business checking account with Bank of America with the last four digits of the account number being 0360. Alicia Youngberg, the President of Aly Eatery, Inc. and the authorized signor on the checking account, is copied on this email.

My Client would like to add a "Debtor In Possession" account designation to the existing checking account. Please let us know what needs to be done to accomplish this.

Respectfully,

KEVIN A. DARBY, ESQ.
**DARBY LAW PRACTICE, LTD.**
4777 Caughlin Parkway
Reno, NV 89519
Tel.: 775.322.1237
Fax: 775.996.7290

The information contained in this Email is information protected by the attorney-client and/or the attorney work product privilege. It is intended only for the use of the individual(s) named above and the privileges are not waived by virtue of this

message having been sent via electronic mail.  If the person actually receiving this Email or any other reader of the Email is not the named recipient or the employee or agent of the named recipient, any use, dissemination, distribution or copying of the communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by telephone or Email and destroy all versions of this Email.  Thank you.

---

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.